IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01667-PAB-KLM

ELIZABETH HANLEY,

    Plaintiff,

v.

TRIZETTO CORPORATION, a Delaware Corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File First Amended Complaint and Jury Demand** [Docket No. 10; Filed July 16, 2013] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a)(1)(A), Plaintiff may amend her pleading once as a matter of course within "21 days after serving it . . ." In the Motion, Plaintiff alleges that she has not yet served Defendant. *Motion* [#10] at 1. Further, there is no proof of service on the docket and no attorney has entered an appearance on behalf of Defendant. Therefore, Plaintiff has submitted her First Amended Complaint and Jury Demand [#10-1] prior to the beginning of the 21-day period. As a result, Plaintiff need not seek leave of the Court to file her First Amended Complaint and Jury Demand [#10-1]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#10] is **DENIED as moot**.

    Dated: July 16, 2013