IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01667-KLM

ELIZABETH HANLEY,

    Plaintiff,

v.

TRIZETTO CORPORATION, a Delaware Corporation,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order [#32]**[1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order [#32 at 3-11] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: January 1, 2014

---

[1] "[#32]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.