IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01667-KLM

ELIZABETH HANLEY,

    Plaintiff,

v.

TRIZETTO CORPORATION, a Delaware Corporation,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion For Leave to file Its first Amended Answer and Defenses** [#56][1] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires, that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added."  The Motion is subject to denial on this basis alone.  Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Defendant Trizetto Corporation's Amended Answer and Defenses [#56-1] for filing as of the date of this Order.

    Dated:  November 24, 2014

---

[1] "[#56]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  The Court uses this convention throughout this Minute Order.